UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM O. RHYDER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CAROLYN W. COLVIN, ACTING : <br> COMMISSIONER OF SOCIAL : <br> SECURITY : <br> : <br> Defendant. : | Civil No. 3:16-CV-00884 <br><br> (Judge Kosik) <br><br> FILED <br> SCRANTON <br><br> JAN 0 9 2017 <br><br> PER _____ <br> DEPUTY CLERK |

**ORDER**

AND NOW, THIS  9th  DAY OF JANUARY 2017, IT IS HEREBY ORDERED THAT:

(1) The Clerk of Court shall enter judgment in favor of William O. Rhyder and against Carolyn W. Colvin, Acting Commissioner of Social Security, as set forth in the following paragraph;

(2) The decision of the Acting Commissioner of Social Security denying William O. Rhyder Social Security Disability Insurance Benefits and Supplemental Security Income Benefits is **VACATED**, and the case is **REMANDED** to the Acting Commissioner of Social Security to:

(2.1) Conduct a new administrative hearing, fully develop the record, and appropriately evaluate the evidence and medical opinions, and, if necessary, elicit further medical opinion regarding Rhyder's Residual Functional Capacity; and

(3) The Clerk of Court shall **CLOSE** the case.

/s/ Edwin M. Kosik
Edwin M. Kosik
United States District Judge